**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CHASE CARMEN HUNTER,**

      **Plaintiff,**

**v.**                                **Case No: 5:14-cv-410-Oc-22PRL**

**MITCHEL KALMANSON and LESTER**
**KALMANSON AGENCY, INC.**

      **Defendants.**

_____

## ORDER

This cause is before the Court for consideration of pro se Plaintiff's Motion for Password for Electronic Filing (Doc. 4).   Plaintiff requests that she be provided with a login and password so that she can use the Court's CM/ECF filing system.   Plaintiff states that she is indigent, and that she does not have the ability to travel to the post office or retrieve her mail.   She states, however, that she has access to the internet and the ability to convert documents to PDF format for e-filing with the Court.   She states that e-filing would be more convenient and less burdensome for her.

The Court's Administrative Procedures for Electronic Filing provide that, "[i]f authorized by the assigned Judge, a party proceeding pro se may file electronically.   If authorized to file electronically, the pro se filer must follow these procedures."[1]

Accordingly, upon due consideration, Plaintiff's Motion for Password for Electronic Filing (Doc. 4) is GRANTED.   Plaintiff is directed to register for a login and password and submit her

_____

[1] Administrative Procedures for Electronic Filing in Civil and Criminal Cases at p. 10, available at https://www.flmd.uscourts.gov/CMECF/CM-ECF_ADMINISTRATIVE_PROCEDURES_03-15-07-FINAL.pdf.

application for a CM/ECF account via the Middle District of Florida's website, following which the Clerk shall provide Plaintiff with a login and password for the Court's CM/ECF system. Plaintiff must complete the tutorial offered on the Court's website before using the system, found at www.flmd.uscourts.gov under "CM/ECF."   Plaintiff is cautioned that she must be familiar with and abide by the Local Rules of the Middle District of Florida, as well as the Court's Administrative Procedures for Electronic Filing.   (Both of which can be located on the Court's website.)   Plaintiff is also cautioned that she should maintain a PACER (Public Access to Court Electronic Records) account, which is required to view electronic court documents.[2]

Finally, Plaintiff is cautioned to manage her CM/ECF and PACER activity judiciously. When a document is filed, the Notice of Electronic Filing will contain a hyperlink that will allow the recipient to obtain one free copy of the document.   Once Plaintiff's login and password is established, the Clerk will no longer send copies of docket entries by U.S. Mail to Plaintiff in this case.

**DONE** and **ORDERED** in Ocala, Florida on July 23, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] With PACER, access to Court documents costs $0.10 per page.   By Judicial Conference policy, if usage does not exceed $15 in a quarter, fees for that quarter are waived, effectively making the service free for most users.   *See* http://www.pacer.gov.